**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-2460-REB

DAVID WILLIAMS,

    Petitioner,

v.

ING INSURANCE AMERICAS,
ING INSURANCE COMPANY OF CANADA,

    Respondents.

## ORDER CLOSING CASE ADMINISTRATIVELY

**Blackburn, J.**

    This matter is before me on the plaintiff's **Opposed Motion To Hold Case in Abeyance** [#5][1] filed March 7, 2011. The defendant filed a response [#7], and the plaintiff filed a reply [#8]. I grant the motion on the terms stated in this order.

    This case concerns petitioner David Williams' petition to confirm an arbitration award issued by a Canadian arbitrator. Respondent ING Insurance Company of Canada has filed a lawsuit in Calgary, Alberta, Canada, concerning the same issues that are at issue in the above-captioned case. Williams asserts in his present motion that if the questions at issue in this case are addressed fully in the Canadian litigation, then further pursuit of Williams' petition in the above-captioned case likely will be unnecessary. Williams asks that this case be held in abeyance pending resolution of

---

[1] "[#5]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

the Canadian litigation.  Respondent ING Insurance Company of Canada opposes Williams' motion and asks that the court grant the motion to dismiss filed by ING Insurance Company of Canada.  Given the circumstances of this case, I conclude that efficiency for the parties and the court most likely will be achieved if this case is closed administratively.  If this case is re-opened, the court will permit respondent ING Insurance Company of Canada to refile its motion to dismiss.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Opposed Motion To Hold Case in Abeyance** [#5] filed March 7, 2011,  is **GRANTED** on the terms stated in this order;

2. That the **Motion To Dismiss for Lack of Personal Jurisdiction** [#3] filed February 14, 2011, by respondent, ING Insurance Company of Canada, and the **Motion for an Extension of Time To Respond to Respondent ING Insurance Company of Canada's Motion To Dismiss** [#4] filed March 3, 2011, by petitioner are **DENIED** without prejudice;

3. That this action is **CLOSED ADMINISTRATIVELY**; and

4. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated July 20, 2011, at Denver, Colorado.

                                        **BY THE COURT:**

*[signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge