# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  10-cv-2460-REB

DAVID WILLIAMS,

    Petitioner,

v.

ING INSURANCE AMERICAS,
ING INSURANCE COMPANY OF CANADA,

    Respondent.

# ORDER

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Reopen The Administratively Closed Case To File a Stipulated Motion To Dismiss With Prejudice** [#10][1] filed April 11, 2012.  After reviewing the motion and the file, I have concluded that the motion should be granted and that this case be reopened in order to file a stipulated motion to dismiss with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Reopen The Administratively Closed Case To File a Stipulated Motion To Dismiss With Prejudice** [#10] filed April 11, 2012, is **GRANTED**;

2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil

---

[1] "[#10]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

action; and

      3.  That the **Stipulated Motion To Dismiss With Prejudice** [#10-1] is accepted for filing.

Dated April 12, 2012, at Denver, Colorado.

                                **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge