**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-2460-REB

DAVID WILLIAMS,

    Petitioner,

v.

ING INSURANCE AMERICAS,
ING INSURANCE COMPANY OF CANADA,

    Respondent.

## ORDER

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss With Prejudice** [#12] filed April 12, 2012. After reviewing the motion and the file, I have concluded that the motion should be granted, this case should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#12] filed April 12, 2012, is **GRANTED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 12, 2012, at Denver, Colorado.

                        **BY THE COURT:**

                        Robert E. Blackburn
                        United States District Judge